UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| eShares, Inc. d/b/a Carta, Inc., <br><br>　　*Plaintiff*, <br><br>　　v. <br><br>Jerry O. Talton, III, <br><br>　　*Defendant*. | Civil Action No.: 22-cv-10987 (JMF) |

**NOTICE OF PARTIAL MOTION TO DISMISS PLAINTIFFS' COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(1) AND 12(B)(6)**

PLEASE TAKE NOTICE that, upon the memorandum of law dated the 15th day of March 2023 and filed contemporaneously herewith, Defendant Jerry O. Talton, III, will move this Court before the Honorable Jesse M. Furman, at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, on a date and time designated by the Court, for an Order dismissing with prejudice, in part, Plaintiffs' Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

Dated:  March 15, 2023				Respectfully submitted,

				**McALLISTER OLIVARIUS**

				*/s/ John F. O. McAllister*
				John F.O. McAllister
				641 Lexington Ave.
				New York, NY 10022
				(212) 433-3456
				jmcallister@mcolaw.com
				*Attorney for Defendant Jerry O. Talton III*