UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
:
eSHARES, INC.,                                                        :
:
                Plaintiff,                :       22-CV-10987 (JMF)
:
     -v-                                                             :       ORDER
:
JERRY O. TALTON, III,                                                 :
:
                Defendant.                :
:
----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On March 15, 2023, Defendant filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure.  Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

       Accordingly, it is hereby ORDERED that Plaintiff shall file any amended complaint by **April 5, 2023**.  Pursuant to Paragraph 1.B. of the Court's Individual Rules and Practices in Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, any amended complaint should be filed with a redline showing all differences between the original and revised filing.  Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

       If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendant shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that it relies on the previously filed motion to dismiss.  If Defendant files an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot.  If Defendant files a new motion to dismiss, any opposition shall be filed within fourteen days, and any reply shall be filed within seven days of any opposition.

       If no amended complaint is filed, Plaintiff shall file any opposition to the motion to dismiss by **April 5, 2023**.  Defendant's reply, if any, shall be filed by **April 12, 2023**.

       Finally, it is further ORDERED that the initial pretrial conference previously scheduled for April 20, 2023, is adjourned *sine die*.

       SO ORDERED.

Dated: March 16, 2023
       New York, New York
                                                                                   JESSE M. FURMAN
                                                                United States District Judge