UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
ESHARES, INC.,                                                    :
                                                                  :
                              Plaintiff,                          :         22-CV-10987 (JMF)
                                                                  :
              -v-                                                 :         ORDER
                                                                  :
JERRY O. TALTON, III,                                             :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendant's new motion to dismiss, *see* ECF No. 23, Defendant's earlier motion to dismiss filed at ECF No. 15 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **July 5, 2023**.  Defendant's reply, if any, is due by **July 12, 2023**.

      The Clerk of Court is directed to terminate ECF No. 15.

      SO ORDERED.

Dated: June 22, 2023
       New York, New York

                                                     JESSE M. FURMAN
                                                   United States District Judge