UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ESHARES, INC. d/b/a CARTA INC.,

                    Plaintiff,

            -against-                    22-CV-10987 (JGLC)

JERRY O. TALTON, III,                    **ORDER**

                    Defendant.

JESSICA G. L. CLARKE, United States District Judge:

      It is hereby ORDERED that the parties submit a revised proposed protective order by **December 15, 2023**, consistent with the agreement reached at the conference held today.

      It is further ORDERED that Defendant send to Plaintiff the answer and counterclaims by **December 26, 2023**. The parties shall meet and confer regarding redactions, keeping in mind the presumption of public access to judicial documents and the standard set forth in *Lugosch v. Pyramid Co. of Onondoga*, 435 F.3d 110 (2d Cir. 2006). By **January 12, 2024**, the parties shall file a redacted version of the document on the public docket and an unredacted version under seal (in accordance with the Court's Individual Rule 5(d)), along with a letter explaining the basis for the redactions and how those redactions are consistent with the standard articulated in *Lugosch*.

      It is further ORDERED that the parties confer further regarding Plaintiff's proposal for digital forensic review, with Defendant sending Plaintiff proposed language. To the extent any

dispute remains, the parties shall file a joint letter regarding the proposed digital forensic review, pursuant to the Court's Individual Rule 4(k), by **December 22, 2023**.

Dated:  December 14, 2023
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge