

Sent via CM/ECF

January 5, 2024

The Honorable Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, New York 10007

eShares, Inc. d/b/a Carta, Inc. v. Jerry O. Talton III, 1:22-cv-10987

Dear Judge Clarke:

McAllister Olivarius represents Defendant/Counter-Plaintiff Jerry O. Talton III ("Talton") in the above referenced matter. We write to provide the Court with an update on the status of Talton's Counterclaim and the amendment of same pursuant to Fed. R. Civ. P. 15(a)(1). This correspondence is being submitted in an abundance of caution as the deadline for any motion for leave to amend or join additional parties is January 5, 2024 [ECF No. 42, Sec. 6].

On December 26, 2023, Talton timely served his Counterclaim pursuant to the Court's December 14, 2023 Order [ECF No. 46; 50] to counsel for Plaintiff/Counter-Defendant eShares, Inc. d/b/a Carta, Inc. ("Carta"). Talton's Counterclaim was not publicly filed in redacted form or under seal pursuant to the Court's instructions [ECF No. 46]. On January 4, 2024, Talton served his Amended Counterclaim to Carta to add Henry Ward, Carta's Chief Executive Officer, as a Counter-Defendant. Talton served his Amended Counterclaim with a redlined version identifying his amendments consistent with Rule 1(e) the Court's Individual Rules and Practices in Civil Cases. Counsel for Carta, Christopher Merkin, Esq., acknowledged receipt of Talton's Amended Counterclaim and accepted service on behalf of Mr. Ward.

We assume no further action is required at this time to satisfy the Court's instructions. The parties will file the Amended Counterclaim on January 12, 2024 consistent with the Court's December 14, 2023 Order.

Respectfully submitted,

**/s/ Jason Sandler**

Jason Sandler

*Counsel for Defendant/Counter-Plaintiff
Jerry O. Talton III*

641 LEXINGTON AVENUE | 13TH FLOOR | NEW YORK, NY 10022 | USA | +1 (212) 433-3456 | MCOLAW.COM

THE PEARCE BUILDING | WEST STREET | MAIDENHEAD | SL6 1RL | ENGLAND | +44 (0)20 3048 5959 | DX 6411 MAIDENHEAD

Partners:   **Dr Ann Olivarius** (Solicitor of England & Wales and Ireland; U.S. attorney licensed in MN, NH, VA, DC, ID & NY)
               **Dr JFO McAllister** (Registered Foreign Lawyer and U.S. attorney licensed in NY & CT)