UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| eShares, Inc. d/b/a Carta, Inc.,              ) | |
| )  | |
| Plaintiff,              ) | |
| )  | Civil Action No.: 1:22-cv-10987 |
| v.              ) | |
| )  | Hon. Jessica G. L. Clarke |
| Jerry O. Talton III,              ) | |
| )  | |
| Defendant.              ) | |
| )  | |
| )  | |
| Jerry O. Talton III,              ) | |
| )  | |
| Counter-Plaintiff,              ) | |
| )  | |
| v.              ) | |
| )  | |
| eShares, Inc. d/b/a Carta, Inc. and Henry Ward,              ) | |
| )  | |
| Counter-Defendants.              ) | |

**ORDER GRANTING ATTORNEY WITHDRAWAL**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Jason S. Sandler respectfully requests to be withdrawn as counsel for record in this matter and requests removal from service of any further pleadings in connection with it. After March 31, 2025, Mr. Sandler will no longer be a member or otherwise affiliated with McAllister Olivarius, counsel of record for Defendant/Counter-Plaintiff Jerry O. Talton III, and therefore will no longer represent Jerry O. Talton III in this action.

The appearances of John F.O. McAllister, Maura Abeln Smith, and McAllister Olivarius are unaffected by this request.

Dated: March 24, 2025

                                                  **McALLISTER OLIVARIUS**

                                                  /s/ *Jason S. Sandler*
                                                  Jason S. Sandler
                                                  641 Lexington Avenue
                                                  13th Floor
                                                  New York, NY 10022
                                                  Telephone: (212) 433-3456
                                                  jsandler@mcolaw.com

**SO ORDERED**

*Jessica Clarke* (signature)

JESSICA G. L. CLARKE
United States District Judge

Dated: March 26, 2025
       New York, New York