# EXHIBIT E



Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**NICOLLE JACOBY**

Nicolle.Jacoby@dechert.com
+1 212 698 3820 Direct
+1 212 698 0470 Fax

August 23, 2024

**BY CM/ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
Room 1040
New York, NY 10007

Re: *eShares, Inc. d/b/a Carta, Inc. v. Jerry O. Talton, III,* No. 1:22-cv-10987 (JGLC)

Dear Judge Clarke:

We represent Plaintiff eShares, Inc. d/b/a Carta, Inc. ("Carta") in the above-captioned action. Consistent with Rule 2(a) of the Court's Individual Rules and Practices in Civil Cases, we write today regarding the September 5, 2024 remote conference. *See* Aug. 20, 2024 Docket Order. Much of Carta's Rule 4.k letter and the discovery dispute before the Court relates to a non-party whose identity Carta has sought to redact. ECF Nos. 90, 95. The dispute also relates to nine individuals with whom Jerry Talton exchanged messages, and Talton has requested that those individuals' identities remain under seal. To prevent disclosure of those non-parties' names during the September 5 hearing, Carta respectfully requests that the Court either (a) seal the hearing and permit only the parties to attend, or (b) require the parties to refer to non-parties whose identities are subject to the pending motion to seal as follows:

| **Non-Party Name** | **Non-Party Identifier** |
|---|---|
| | |
| Heidi Johnson | Non-Party 1 |
| [redacted] | Non-Party 2 |
| [redacted] | Non-Party 3 |
| [redacted] | Non-Party 4 |
| [redacted] | Non-Party 5 |
| [redacted] | Non-Party 6 |
| [redacted] | Non-Party 7 |
| [redacted] | Non-Party 8 |
| [redacted] | Non-Party 9 |
| [redacted] | Non-Party 10 |

Sealing the hearing or permitting the parties to refer to non-parties by pseudonym is critical because once the "genie is out of the bottle," the Court "does not have the means to put the genie back." *Gambale v. Deutsche Bank AG*, 377 F.3d 133, 144 (2d Cir. 2004).

Counsel for Carta has conferred with counsel for Talton and Talton's counsel has no objection to Carta's request.





Accordingly, Carta respectfully requests that the Court either (a) seal the September 5, 2024 hearing, or (b) require the parties to refer to non-parties by the above pseudonyms.

Sincerely,

*/s/ Nicolle L. Jacoby*
Nicolle L. Jacoby

CC: All Counsel of Record via CM/ECF