# EXHIBIT G

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| eShares, Inc. d/b/a Carta, Inc., | ) | Civil Action No.: 1:22:cv-10987 |
| Plaintiff, | ) ) | Hon. Jessica G. L. Clarke |
| v. | ) ) | |
| Jerry O. Talton III, | ) ) | **JERRY O. TALTON III'S PROPOSED** |
| Defendant. | ) ) | **SEARCH TERMS** |
| Jerry O. Talton III, | ) | |
| Counter-Plaintiff, | ) ) | |
| v. | ) ) | |
| eShares, Inc. d/b/a Carta, Inc., | ) ) | |
| Counter-Defendant. | ) ) ) ) | |

| | | |
|---|---|---|
| "APIs & Dev Ecosystem" | | |
| "Monthly Pillar Update" | | |
| "Carta as a Platform" | | |
| "Insights Team Monthly Recaps" | | |
| "Customer Success Engineering" | | |
| "Data Products" | | |
| "R&D Ops" | | |
| "Design ink 2022" | | |
| "Eng Offsite Engineering Allocations" | | |
| Offsite | AND | Allocat! OR Engineer! |
| "Engineering Compensation" | | |

| | | |
|---|---|---|
| "Engineering Levels" | | |
| "Equity Platform" | | |
| "Finance Automation" | | |
| "Integrity Counts" | | |
| "Monthly Meeting Action Items" | | |
| "Pillar Target" | | |
| "Pillar Update" | | |
| "Platform Infrastructure" | | |
| "Public & Tax Q1 Update" | | |
| "Quarterly Planning Guidance" | | |
| "R&D Org Changes" | | |
| | | |
| Carta OR Henry OR Ward ~~OR HW~~ | AND | "Board of Directors" OR Board OR Director! |
| Carta | AND | "API" OR Ecosystem |
| Carta | AND | "Company Policy" |
| Carta | AND | "Confidential Information" OR confident! OR priv! OR "work product" OR "Attorney" OR "ACP" OR Secret! |
| Carta | AND | "Credit Card" OR "corporate card" OR reimburse! OR expense! OR flight OR hotel OR reservation OR offsite |
| Carta | AND | "Develop! Capabilities" |
| Carta | AND | Diligen! |
| Carta | AND | "Encryp!" OR "Messag!" |
| Carta | AND | "Engineer! Capabilities" |
| Carta | AND | "Executive Assistant" OR "EA" OR "Kat" OR "Mentz"<br><br>McO Note: Carta must agree to include "EA" in its proposed search terms or remove here. |
| Carta | AND | "Financ!" |

| | | | |
|---|---|---|---|
| | Carta | AND | "Google Suite" OR "Google Workspace" OR "G-Suite" OR "G suite" OR "GSuite"<br><br>McO Note: Carta must agree to include "GSuite" in its proposed search terms or remove from here. |
| | Carta | AND | "Google chat" OR "G chat" OR "G-chat" OR "gchat"<br><br>McO Note: Carta must agree to include "GChat" in its proposed search terms or remove from here. |
| | Carta | AND | (Info! /5 Security) OR "Infosec!" |
| | Carta | AND | (Litigation OR lit OR legal) w/5 (hold OR preservation OR notice) |
| | Carta | AND | "Local User Account" OR "Local User Profile" |
| | Carta | AND | "Locally Stored Information" |
| | Carta | AND | "Personal Assistant" OR "PA"<br><br>McO Note: Carta must agree to include "PA" in its proposed search terms or remove from here. |
| | Carta | AND | "Personal Device" OR "personal use" OR "personal purpose" OR "business use" OR "business purpose" |
| | Carta | AND | "R&D" OR research OR development OR Eng! |
| | Carta | AND | "Remote Desktop" |
| | Carta | AND | "Restricted Data" OR "restricted information" OR unauthoriz! OR authoriz! |
| | Carta | AND | (Security OR infosec) w/5 Polic! |
| | Carta | AND | "User Account!" |
| | Carta | AND | "User Experience!" OR "UEX" OR "UX" |

| Carta | AND | "User Interface!" OR "UI" |
|---|---|---|
| Carta | AND | Devel! |
| Carta | AND | Discrim! |
| Carta | AND | Feature! |
| Carta | AND | Financ! |
| Carta | AND | Harass! OR abus! |
| Carta | AND | Info! |
| Carta | AND | Infrastructure |
| Carta | AND | Initiative |
| Carta | AND | Interface |
| Carta | AND | Emily OR Kramer OR "EK" OR Heidi OR "Heidi Johnson" OR "HJ" |
| Carta | AND | Methodology |
| Carta | AND | Personnel |
| Carta | AND | Plan! |
| Carta | AND | Platform |
| Carta | AND | Product! |
| Carta | AND | OKR |
| Carta | AND | Proprietary |
| Carta | AND | Record! OR audio OR tape OR transcript! |
| Carta | AND | Retaliat! |
| Carta | AND | Security |
| Carta | AND | System! |
| Carta | AND | Transcrip! |
| Carta | AND | Travel! OR "Travel Policy" |
| Carta | AND | Termin! OR illegal OR unethic! OR fire! OR "let go" OR resign! OR "administrative leave" OR leave or depart! OR dismiss! OR sack! OR layoff OR separate! OR "laid off" OR "for cause" OR "with cause" or "without cause" |

| | | |
|---|---|---|
| ((Heidi OR Johnson OR ~~Emily OR Kramer~~"Emily Kramer" OR Kramer OR ~~Alexandra OR Rogers~~"Alexandra Rogers" OR Rogers ~~OR "EK" OR "HJ" OR "AR"~~) AND Carta) | AND | Discrim! OR harass! OR abus! OR gender OR sex! |
| ((Heidi OR Johnson OR ~~Emily OR Kramer~~ "Emily Kramer" OR Kramer OR ~~Alexandra OR Rogers~~"Alexandra Rogers" OR Rogers ~~OR "EK" OR "HJ" OR "AR"~~) AND Carta) | AND | Illegal! |
| ((Heidi OR Johnson OR ~~Emily OR Kramer~~ "Emily Kramer" OR Kramer OR ~~Alexandra OR Rogers~~"Alexandra Rogers"- OR Rogers ~~OR "EK" OR "HJ" OR "AR"~~) AND Carta) | AND | Termin! |
| ((Heidi OR Johnson OR ~~Emily OR Kramer~~"Emily Kramer" OR Kramer OR ~~Alexandra OR Rogers~~"Alexandra Rogers" OR Rogers ~~OR "EK" OR "HJ" OR "AR"~~) AND Carta) | AND | Retaliat! |
| Henry OR Ward ~~OR "HW"~~ | AND | Discrim! |
| Henry OR Ward ~~OR "HW"~~ | AND | Favor! |
| Henry OR Ward ~~OR "HW"~~ | AND | FINRA |
| Henry OR Ward ~~OR "HW"~~ | AND | ~~"Friction OR Failure~~Friction is Failure" |
| Henry OR Ward ~~OR "HW"~~ | AND | Harass! OR abus! |
| Henry OR Ward ~~OR "HW"~~ | AND | Heidi OR "Heidi Johnson" OR Emily OR Kramer |
| Henry OR Ward ~~OR "HW"~~ | AND | Illegal! |
| Henry OR Ward ~~OR "HW"~~ | AND | Misconduct |
| Henry OR Ward ~~OR "HW"~~ | AND | Misogyn! |
| Henry OR Ward ~~OR "HW"~~ | AND | Unethic! |
| Henry OR Ward ~~OR "HW"~~ | AND | Retaliat! |
| Henry OR Ward ~~OR "HW"~~ | AND | systemic |
| ~~Pillar!~~ Carta | AND | Pillar! |
| ~~"Equal Employment Opportunity Commission" OR "EEOC" OR~~ "5502-23-03407" OR CGC-20-58548 | | |

| | | |
|---|---|---|
| Testimony OR depos! OR subpoena OR interview OR witness | AND | "Emily Kramer" OR "Heidi Johnson" |
| ((Complain! OR claim OR charge! OR dispute OR allegation! OR settle! OR action OR lawsuit OR report OR litigat! OR proceed! OR arbitrat!) AND Carta) | AND | Harass! OR discrim! OR retaliate! OR illegal OR unethic! OR Misogyn! OR terminat! OR fire! OR injur! OR "Title VII" OR equality OR gender OR FEHA OR forbidden OR NYSHRL OR NYCHRL OR Montana |
| Carta OR Henry OR Ward OR "HW" | AND | culture OR sex! OR gender |
| Carta OR Henry OR Ward OR "HW" | AND | Whistleblow! |
| Carta OR Henry OR Ward OR "HW" | AND | Medium OR "social media" OR blog OR post OR network OR Business Insider OR "BI" |
| Carta OR Henry OR Ward OR "HW" | AND | Treatment OR medical OR psychological OR anxiety OR PTSD OR "stress disorder" OR "panic attack!" OR "night terrors" OR "adjustment disorder" |
| ((Jerry! OR Talton! OR @jerrytalton OR jerry.talton@carta.com) AND Carta) | AND | comp OR compensation OR cash OR base OR salary OR bonus OR stock OR RSU OR equity OR options OR NSO! OR ISO! OR loan OR collateral! |
| ((Jerry! OR Talton! OR @jerrytalton OR jerry.talton@carta.com) AND Carta) | AND | evaluation OR evaluate! OR perform! OR promot! OR disciplin! OR misconduct OR complain! OR feedback OR coach! OR fight OR conflict OR dispute OR hostile OR aggressive |
| drugs OR opioid! OR surgery OR surgeries OR medicine! OR medication OR prescription! OR "hopped up" OR doctor OR procedure! OR foot OR feet OR toe! OR high OR edible [limited to September 1, 2022 through October 11, 2022] | | |
| sex! OR explicit OR profan! OR curse OR swear OR fuck! OR disrespect! OR misconduct OR racist OR race OR misogynis! OR harass! OR abuse! OR rape! OR violen! Racist OR race OR misogynis! | | McO Note: As set forth during our meet and confer, on its face, these proposed search terms are unrelated to any claim and defense. To the extent Carta believes otherwise, it must submit a revised, narrowly tailored request. |

| | | |
|---|---|---|
| [limited to November 1, 2020 through December 23, 2022] | | |
| ~~Women OR woman~~<br><br>((women OR woman) w/20 (pain OR bimbo OR mistreat! OR object! OR rape! OR abuse! OR violen! OR slut!))<br><br>[limited to November 1, 2020 through December 23, 2022]<br><br>[limited to individuals employed by or associated with Carta] | ~~AND~~ | ~~Pain OR hurt OR Bimbo OR trash! OR mistreat! OR object!~~<br><br>~~McO Note: As set forth during our meet and confer, on its face, these proposed search terms are unrelated to any claim and defense. To the extent Carta believes otherwise, it must submit a revised, narrowly tailored request.~~ |
| ~~N***** (including full form and any abbreviations) OR negro OR spic OR faggot OR whore~~<br><br>N***** OR negro OR spic<br><br>[limited to November 1, 2020 through December 23, 2022] | | ~~McO Note: As set forth during our meet and confer, on its face, these proposed search terms are unrelated to any claim and defense. To the extent Carta believes otherwise, it must submit a revised, narrowly tailored request.~~ |
| ~~Porn OR trash OR anal OR blowie OR nipple OR buttplug OR butthole OR buttsex OR pussy OR cunt OR clit OR slut! OR mistress OR lesbian OR tits OR dick OR cock OR gag OR orgasm OR cum OR cage OR panties OR horny OR masturbate OR kink OR handcuff OR fetish OR humiliate OR insult~~<br><br>Trash OR cunt OR slut! OR whore<br><br>[limited to November 1, 2020 through December 23, 2022]<br><br>[limited to individuals employed by or associated with Carta] | | ~~McO Note: As set forth during our meet and confer, on its face, these proposed search terms are unrelated to any claim and defense. To the extent Carta believes otherwise, it must submit a revised, narrowly tailored request.~~ |
| ~~All messages to/from/cc/bcc:~~<br><br>~~Heidi Johnson~~<br><br>~~Emily Kramer~~<br><br>~~Alexandra Rogers~~ | | McO Note: As set forth during our meet and confer (1) this is an impermissible Request for Production and (2) this is outside the agreed upon limitation set forth in Carta's Amended Request for Admission Nos. 7 and 9. |

| | | |
|---|---|---|
| ~~Lisa Pepe Whittaker~~<br><br>~~Preeti Kauer~~<br><br>~~Suzanne Elovic~~ | | |
| ~~All messages to/from/cc/bcc:~~<br><br>███████████████████<br><br>█████████████<br><br>█████████~~;~~<br><br>█████████<br><br>████████████████<br>██████<br><br>███████████<br><br>███████████<br><br>██████████████████<br>█<br><br>█████████████ | | McO Note: As set forth during our meet and confer (1) this is an impermissible Request for Production and (2) this is outside the agreed upon limitation set forth in Carta's Amended Request for Admission Nos. 13. |
| All messages to/from/cc/bcc:<br><br>Jed Taylor (at University of Illinois) | | |
| All messages to/from/cc/bcc:<br><br>Darius Rafieyan<br><br>Jessica Mathews<br><br>(or any person from Business Insider) | | |
| All messages to/from/cc/bcc:<br><br>Any of the "executive search firms and companies" identified in response to Plaintiff's Interrogatory No. 4 | AND | Carta OR eShares OR Henry OR Ward OR HW OR employ OR job OR opportunity OR apply OR application OR position |

| | | |
|---|---|---|
| ~~All messages to/from/cc/bcc:~~ ~~Sharon Vinick~~ ~~(or any lawyers from Vinick's law firm, including but not limited to Vinick Hyams LLP or Levy Vinick Burrell Hyams LLP)~~ | | |
| "Joint Prosecution and Confidentiality Agreement" | | |
| Joint OR common | AND | Interest OR defense OR prosecution OR agreement OR understanding OR "attorney-client" OR privilege |
| ~~(Dropbox AND (folder OR link OR URL OR Carta OR Henry OR Ward OR HW OR privilege! McAllister OR)) OR~~ (Dropbox AND (Carta OR Henry OR Ward)) https://www.dropbox.com/login?cont=%2Fpreview%2FTalton%2520%252B%2520Johnson%2520-%2520McAllister%2520Olivarius%2520-%2520Privileged%2FJerry%27s%2520Carta%2520Documents%2FRecordings%2FPaige%2520%252B%2520Jerry%25209-8-22%252011-39-13.m4a.vtt%3Fcontext%3Dstandalone_preview%26role%3Dpersona | | |