UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| eSHARES, INC. d/b/a CARTA, INC.,<br><br>                              Plaintiff,<br><br>         -against-<br><br>JERRY O. TALTON, III,<br><br>                              Defendant.<br><br>JERRY O. TALTON, III.,<br><br>                              Counter-Plaintiff,<br><br>         -against-<br><br>eSHARES, INC. d/b/a CARTA, INC. and HENRY WARD,<br><br>                              Counter-Defendants. | 22-CV-10987 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

The Court has reviewed *in camera* Talton's disputed productions. While the Court finds most redactions to be appropriate to protect work product and attorney-client privilege, certain portions of the text messages between Talton and Heidi Johnson do not warrant protection. Talton is ORDERED to produce a copy of the text messages with the following portions unredacted:

- TALTO012128–29, unredacting the "nonresponsive" redactions
- TALTO012138, unredacting the "nonresponsive" redaction
- TALTO012141–42, unredacting the "nonresponsive" redaction
- TALTO012141–43, unredacting the "nonresponsive" redactions
- TALTO012145, unredacting the last 27 lines (from the message sent at 10:50:17 AM to the bottom of the page)

- TALTO012149, unredacting the first 38 lines (through the message sent at 8:33:38 PM)
- TALTO012155, unredacting the "nonresponsive" redaction
- TALTO012161–63, unredacting the "nonresponsive" redactions
- TALTO012178, unredacting the "nonresponsive" redaction
- TALTO012209, unredacting the "nonresponsive" redaction
- TALTO012221, unredacting the "nonresponsive" redaction
- TALTO012244, unredacting the "nonresponsive" redaction

The portion of the motion at ECF No. 157 seeking reconsideration of the order compelling production of retaliation claims against Carta is DENIED. The Court will hear arguments on the motion's remaining issues at oral argument on **June 4, 2025** at 3:00 p.m. in Courtroom 11B of the Daniel Patrick Moynihan Courthouse at 500 Pearl Street, New York, New York 10007.

Dated: May 20, 2025
New York, New York

SO ORDERED.

_____
JESSICA G. L. CLARKE
United States District Judge