IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| eShares, Inc. d/b/a Carta, Inc., *Plaintiff*, v. Jerry O. Talton, III, *Defendant*. | Civil Action No.: 1:22-cv-10987<br>Hon. Jessica G. L. Clarke |
| Jerry O. Talton, III, *Counterclaim Plaintiff*, v. eShares, Inc. d/b/a/ Carta, Inc., and Henry Ward, *Counterclaim Defendants*. | **NOTICE OF WITHDRAWAL OF APPEARANCE AND ORDER** |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Southern District of New York Local Civil Rule 1.4(b), I, Nicolle L. Jacoby, hereby respectfully withdraw my appearance as counsel for Henry Ward in the above-captioned action. I continue to represent eShares, Inc. d/b/a Carta, Inc. in this action.

Mr. Ward is now being represented by Sean Hecker and Shawn G. Crowley of Hecker Fink LLP. *See* ECF Nos. 167, 168. My withdrawal as counsel for Mr. Ward will not affect any deadlines or cause any delay in this matter. I confirm that neither I nor Dechert LLP are asserting a retaining or charging lien against Mr. Ward. I further confirm that Mr. Ward was aware of, and consented to, my withdrawal as his counsel of record in this matter.

1

| | |
|---|---|
| Dated: New York, New York<br>May 29, 2025 | DECHERT LLP<br><br>By: */s/ Nicolle L. Jacoby*<br>Nicolle L. Jacoby<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>nicolle.jacoby@dechert.com<br>Tel.: (212) 698-3500<br>Fax: (212) 698-3599 |

**SO ORDERED**

_____
The Honorable Jessica G. L. Clarke
United States District Judge

**CERTIFICATE OF SERVICE**

    I, Nicolle L. Jacoby, certify that on May 29, 2025, I caused a copy of the foregoing document to be electronically filed with the Court using the Court's CM/ECF electronic filing system, and that the same was therefore served on all counsel of record via CM/ECF.

                                            */s/ Nicolle L. Jacoby*
                                            Nicolle L. Jacoby