IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X
eShares, Inc. d/b/a Carta, Inc.,                       :
                                                       :
       *Plaintiff*,                                    :    Civil Action No.: 1:22-cv-10987
                                                       :
   v.                                                  :    Hon. Jessica G. L. Clarke
                                                       :
Jerry O. Talton, III,                                  :
                                                       :
       *Defendant*.                                   :
                                                       :
------------------------------------------------------ X    **NOTICE OF WITHDRAWAL OF**
------------------------------------------------------ X    **APPEARANCE AND ORDER**
Jerry O. Talton, III,                                  :
                                                       :
       *Counterclaim Plaintiff*,                      :
                                                       :
   v.                                                  :
                                                       :
eShares, Inc. d/b/a/ Carta, Inc., and                  :
Henry Ward,                                            :
       *Counterclaim Defendants*.                     :
                                                       :
------------------------------------------------------ X

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Southern District of New York Local Civil Rule 1.4(b), I, Julia M. Fitzgerald, hereby respectfully withdraw my appearance as counsel for Henry Ward in the above-captioned action. I continue to represent eShares, Inc. d/b/a Carta, Inc. in this action.

Mr. Ward is now being represented by Sean Hecker and Shawn G. Crowley of Hecker Fink LLP. *See* ECF Nos. 167, 168. My withdrawal as counsel for Mr. Ward will not affect any deadlines or cause any delay in this matter. I confirm that neither I nor Dechert LLP are asserting a retaining or charging lien against Mr. Ward. I further confirm that Mr. Ward was aware of, and consented to, my withdrawal as his counsel of record in this matter.

| | |
|---|---|
| Dated: Philadelphia, PA<br>       May 29, 2025 | DECHERT LLP<br><br>By: */s/ Julia M. Fitzgerald*<br>Julia M. Fitzgerald<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>julia.fitzgerald@dechert.com<br>Tel.: (215) 994-4000<br>Fax: (212) 994-2222 |

**SO ORDERED**

_____
The Honorable Jessica G. L. Clarke
United States District Judge

## **CERTIFICATE OF SERVICE**

I, Julia M. Fitzgerald, certify that on May 29, 2025, I caused a copy of the foregoing document to be electronically filed with the Court using the Court's CM/ECF electronic filing system, and that the same was therefore served on all counsel of record via CM/ECF.

*/s/ Julia M. Fitzgerald*
Julia M. Fitzgerald