IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| eShares, Inc. d/b/a Carta, Inc., | |
| *Plaintiff*, | Civil Action No.: 1:22-cv-10987 |
| v. | Hon. Jessica G. L. Clarke |
| Jerry O. Talton, III, | |
| *Defendant*. | |
| | **NOTICE OF WITHDRAWAL OF APPEARANCE AND ORDER** |
| Jerry O. Talton, III, | |
| *Counterclaim Plaintiff*, | |
| v. | |
| eShares, Inc. d/b/a/ Carta, Inc., and Henry Ward, | |
| *Counterclaim Defendants*. | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Southern District of New York Local Civil Rule 1.4(b), I, Christopher J. Merken, hereby respectfully request to be withdrawn as counsel of record in this matter and request removal from service of any further pleadings in connection with it. After May 30, 2025, I will no longer be an associate at, or otherwise affiliated with, Dechert LLP, counsel of record for eShares, Inc. d/b/a Carta, Inc., and therefore will no longer represent Carta or Henry Ward in this action. Carta continues to be represented by Andrew J. Levander, Nicolle L. Jacoby, and Julia M. Fitzgerald of Dechert LLP. Mr. Ward is now being represented by Sean Hecker and Shawn G. Crowley of Hecker Fink LLP. *See* ECF Nos. 167, 168. My

withdrawal as counsel for Carta and Mr. Ward will not affect any deadlines or cause any delay in this matter.

| | |
|---|---|
| Dated: Philadelphia, PA<br>May 29, 2025 | DECHERT LLP<br><br>By: */s/ Christopher J. Merken*<br>Christopher J. Merken<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>christopher.merken@dechert.com<br>Tel.: (215) 994-4000<br>Fax: (212) 994-2222 |

**SO ORDERED**

_____
The Honorable Jessica G. L. Clarke
United States District Judge

## **CERTIFICATE OF SERVICE**

I, Christopher J. Merken, certify that on May 29, 2025, I caused a copy of the foregoing document to be electronically filed with the Court using the Court's CM/ECF electronic filing system, and that the same was therefore served on all counsel of record via CM/ECF.

                                                */s/ Christopher J. Merken*
                                                Christopher J. Merken