IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| eShares, Inc. d/b/a Carta, Inc., | X : : | |
| *Plaintiff*, | : : | Civil Action No.: 1:22-cv-10987 |
| v. | : : | Hon. Jessica G. L. Clarke |
| Jerry O. Talton, III, | : : : | |
| *Defendant*. | : : : | |
| ----------------------------------------------- | X | **NOTICE OF WITHDRAWAL OF APPEARANCE AND ORDER** |
| ----------------------------------------------- | X | |
| Jerry O. Talton, III, | : : | |
| *Counterclaim Plaintiff*, | : : : | |
| v. | : : | |
| eShares, Inc. d/b/a/ Carta, Inc., and Henry Ward, | : : : | |
| *Counterclaim Defendants*. | : : : | |
| | X | |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Southern District of New York Local Civil Rule 1.4(b), I, Julia M. Fitzgerald, hereby respectfully withdraw my appearance as counsel for Henry Ward in the above-captioned action. I continue to represent eShares, Inc. d/b/a Carta, Inc. in this action.

Mr. Ward is now being represented by Sean Hecker and Shawn G. Crowley of Hecker Fink LLP. *See* ECF Nos. 167, 168. My withdrawal as counsel for Mr. Ward will not affect any deadlines or cause any delay in this matter. I confirm that neither I nor Dechert LLP are asserting a retaining or charging lien against Mr. Ward. I further confirm that Mr. Ward was aware of, and consented to, my withdrawal as his counsel of record in this matter.

| | |
|---|---|
| Dated: Philadelphia, PA<br>May 29, 2025 | DECHERT LLP<br><br>By: */s/ Julia M. Fitzgerald*<br>Julia M. Fitzgerald<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>julia.fitzgerald@dechert.com<br>Tel.: (215) 994-4000<br>Fax: (212) 994-2222 |

**SO ORDERED**

_____
The Honorable Jessica G. L. Clarke
United States District Judge

Dated: March 30, 2025
      New York, New York