IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------ X
eShares, Inc. d/b/a Carta, Inc.,                       :
                                                       :
       *Plaintiff*,                                      :    Civil Action No.: 1:22-cv-10987
                                                       :
  v.                                                   :    Hon. Jessica G. L. Clarke
                                                       :
Jerry O. Talton, III,                                  :
                                                       :
       *Defendant*.                                      :
                                                       :
------------------------------------------------------ X   **NOTICE OF WITHDRAWAL OF**
------------------------------------------------------ X   **APPEARANCE AND ORDER**
Jerry O. Talton, III,                                  :
                                                       :
       *Counterclaim Plaintiff*,                         :
                                                       :
  v.                                                   :
                                                       :
eShares, Inc. d/b/a/ Carta, Inc., and                  :
Henry Ward,                                            :
       *Counterclaim Defendants*.                        :
                                                       :
------------------------------------------------------ X

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Southern District of New York Local Civil Rule 1.4(b), I, Christopher J. Merken, hereby respectfully request to be withdrawn as counsel of record in this matter and request removal from service of any further pleadings in connection with it. After May 30, 2025, I will no longer be an associate at, or otherwise affiliated with, Dechert LLP, counsel of record for eShares, Inc. d/b/a Carta, Inc., and therefore will no longer represent Carta or Henry Ward in this action. Carta continues to be represented by Andrew J. Levander, Nicolle L. Jacoby, and Julia M. Fitzgerald of Dechert LLP. Mr. Ward is now being represented by Sean Hecker and Shawn G. Crowley of Hecker Fink LLP. *See* ECF Nos. 167, 168. My

withdrawal as counsel for Carta and Mr. Ward will not affect any deadlines or cause any delay in this matter.

| | |
|---|---|
| Dated: Philadelphia, PA<br>May 29, 2025 | DECHERT LLP<br><br>By: */s/ Christopher J. Merken*<br>Christopher J. Merken<br>Cira Centre<br>2929 Arch Street<br>Philadelphia, PA 19104-2808<br>christopher.merken@dechert.com<br>Tel.: (215) 994-4000<br>Fax: (212) 994-2222 |

**SO ORDERED**

_Jessica Clarke_____

The Honorable Jessica G. L. Clarke
United States District Judge

Dated: March 30, 2025
          New York, New York