UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| eSHARES, INC. d/b/a CARTA, INC.,<br><br>      Plaintiff,<br><br>-against-<br><br>JERRY O. TALTON, III,<br><br>      Defendant.<br><br>---<br><br>JERRY O. TALTON, III.,<br><br>      Counter-Plaintiff,<br><br>-against-<br><br>eSHARES, INC. d/b/a CARTA, INC. and HENRY WARD,<br><br>      Counter-Defendants. | 22-CV-10987 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

  As discussed during today's conference, Talton is permitted to submit a letter brief by **June 9, 2025**, on the limited issue of analogous case law supporting his position that other complaints of discrimination are discoverable. Carta is permitted to respond on this limited issue by **June 12, 2025**. Parties are not to exceed 1000 words in each brief.

Dated: June 4, 2025
     New York, New York

                     SO ORDERED.

                     *Jessica Clarke*

                     JESSICA G. L. CLARKE
                     United States District Judge