December 11, 2025

**BY CM/ECF**

The Honorable Jessica G. L. Clarke
United States District Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re:    *eShares, Inc. d/b/a Carta, Inc. v. Jerry O. Talton, III*, No. 1:22-cv-10987 (JGLC)

Dear Judge Clarke:

Pursuant to Rules 2(e) and 6(a) of this Court's Individual Rules and Practices in Civil Cases, the parties write jointly to inform the Court that they have reached a confidential settlement in principle to resolve the above-referenced litigation in full. Therefore, the parties respectfully request that the Court suspend the upcoming December 15, 2025, fact discovery deadline and all future deadlines as set forth in the July 29, 2025 Scheduling Order, ECF No. 183, pending consummation of the settlement.

The parties are diligently working to document the terms of the settlement and to complete remediation efforts with respect to Carta's confidential and/or privileged information under the direction of an agreed upon third-party vendor. The parties expect to execute the settlement agreement this month and to complete the remediation process by January 31, 2026. The parties believe a stay of the deadlines in this case, and particularly the December 15, 2025 fact discovery deadline, is warranted because attempting to finalize the settlement and complete the remediation process while discovery is ongoing would be distracting and counterproductive.

The parties previously requested an extension of the fact discovery deadline on November 25, 2024, ECF No. 143, and the Court granted an extension to May 30, 2025, ECF No. 144.[1] The parties then requested an extension on May 1, 2025, ECF No. 164, and the Court extended the deadline to September 24, 2025, ECF No. 166. The parties thereafter requested a further extension on July 17, 2025, ECF No. 182, to afford the parties an opportunity to seek resolution of the litigation through mediation. The Court extended the deadline to December 15, 2025, ECF No. 183. Following a two-day mediation on September 4 and 5, 2025, the parties engaged in ongoing negotiations and agreed to terms on or around October 23, 2025.

The parties believe it is in all of their interests to finalize the settlement, and have been working cooperatively to do so, and therefore respectfully request that the Court grant this joint request to stay the discovery deadlines. If the parties are unable to consummate the settlement, the parties will write to the Court by February 6, 2026 to provide a proposed Fourth Amended Civil Case

---

[1]    There was a prior amendment to the case management plan in March 2024, which the Court entered after permitting the filing of additional counterclaims, ECF Nos. 80, 83.

Management Plan and Scheduling Order, updating dates for fact discovery and expert discovery. The parties' next appearance is currently scheduled for February 18, 2026.

The parties are available to discuss this request with the Court should the Court have any questions.

Respectfully submitted,

*/s/ Nicolle L. Jacoby*
Nicolle L. Jacoby
Dechert LLP
Attorney for eShares d/b/a Carta, Inc.

*/s/ Sean Hecker*
Sean Hecker
Hecker Fink, LLP
Attorney for Henry Ward

*/s/ Maura Abeln Smith*
Maura Abeln Smith
McAllister Olivarius
Attorney for Jerry O. Talton, III