IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ------------------------------------------------- X | | |
| eShares, Inc. d/b/a Carta, Inc., : | | |
| *Plaintiff*, : | | |
| v. : | | **STIPULATION OF VOLUNTARY** |
| : | | **DISMISSAL PURSUANT TO** |
| Jerry O. Talton, III, : | | **F.R.C.P. 41(a)(1)(A)(ii)** |
| *Defendant*. : | | |
| : | | Civil Action No.: 1:22-cv-10987 |
| ------------------------------------------------- X | | |
| | | |
| ------------------------------------------------- X | | |
| Jerry O. Talton, III, : | | |
| *Counterclaim Plaintiff*, : | | |
| v. : | | |
| eShares, Inc. d/b/a/ Carta, Inc., and : | | |
| Henry Ward, : | | |
| *Counterclaim Defendants*. : | | |
| : | | |
| ------------------------------------------------- X | | |

**STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Counterclaim Defendants eShares, Inc. d/b/a/ Carta, Inc., and Henry Ward and Defendant/Counterclaim Plaintiff Jerry O. Talton, III hereby give notice that the claims and counterclaims in the above-captioned action are voluntarily dismissed, with prejudice and without costs or attorneys' fees to any party.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: March 9, 2026
      White Plains, New York

Dated: __February 6__, 2026

By: /s/ _Nicolle L. Jacoby_____
    Andrew J. Levander
    Nicolle L. Jacoby
    Dechert LLP
    Three Bryant Park
    1095 Avenue of the Americas
    New York, NY 10036-6797
    andrew.levander@dechert.com
    nicolle.jacoby@dechert.com
    Tel.: (212) 698-3500

*Attorneys for Plaintiffs and Counterclaim Defendant eShares, Inc. d/b/a/ Carta, Inc.*

By: /s/ _Sean_____
    Sean Hecker
    Hecker Fink LLP
    350 Fifth Avenue, 63rd Floor
    New York, NY 10118
    shecker@heckerfink.com
    Tel.: (212) 763-0883

*Attorneys for Counterclaim Defendant Henry Ward*

By: /s/ _Maura Abeln Smith_
    John F.O. McAllister
    Maura Abeln Smith
    McAllister Olivarius
    641 Lexington Avenue
    13th Floor
    New York, NY 10022
    jmcallister@mcolaw.com
    msmith@mcolaw.com
    Tel.: (212) 433-3456

*Attorney for Defendant/Counterclaim Plaintiff*